IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case #: 18-15005 SDR |
| Clarence Graham | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | |

**MOTION TO APPROVE MORTGAGE FORBEARANCE AND TO MODIFY PLAN TO ALLOW FORBEARANCE OF DIRECT DEBTOR PAYMENTS TO NATIONSTAR MORTGAGE, LLC DBA MR. COOPER**

**NOTICE OF HEARING**

**Notice is hereby given that:**

**A hearing will be held on the Motion to Approve Mortgage Forbearance and to Modify Plan to Allow Forbearance of Direct Debtor Payments to Nationstar Mortgage, LLC dba Mr. Cooper on June 11, 2020 at 1:30 p.m. in Courtroom A, Historic U.S. Courthouse, 31 East 11th Street, Chattanooga, TN 37402.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the Motion to Approve Mortgage Forbearance and to Modify Plan to Allow Forbearance of Direct Debtor Payments to Nationstar Mortgage, LLC dba Mr. Cooper and may enter an order granting that relief.**

**Given the current public health crisis, hearings may be telephonic only. Please check the court's website www.tneb.uscourts.gov prior to the hearings for instructions on whether to appear in person or by telephone. Information on how to call in and participate is also posted on the website.**

Comes now the Debtor(s), through counsel, and moves the Court pursuant to 11 U.S.C. §1329(a)(1), and §1113(b)(1)(C) of the CARES act, to modify the confirmed plan to approve a forbearance of mortgage payments to Nationstar Mortgage, LLC dba Mr. Cooper

The confirmed plan in this case provides that the Debtor will make monthly payments directly to Nationstar Mortgage, LLC dba Mr. Cooper in the amount of $532.04. Due to the public

health crisis caused by the COVID-19 virus, the Debtor has experienced a material financial hardship, and has been offered a mortgage forbearance of 6 months. The mortgage payments are currently being paid directly by the debtor. These payments shall stop beginning May 2020 through October 2020. The mortgage payments shall resume beginning November 2020 pursuant to the confirmed plan.

During this time, the Debtor(s) moves that the forbearance is approved. This shall not affect the dividend to unsecured creditors under the confirmed plan.

Respectfully submitted,

**TOM BIBLE LAW**

By:/s/ W. Thomas Bible, Jr.
W. Thomas Bible, Jr., BPR 014754
6918 Shallowford Road, Suite 100
Chattanooga, TN  37421
(423) 424-3116; (423)553-0639 (fax)
tom@tombiblelaw.com
Attorney for the Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/19/2020, a copy of the foregoing Motion to Approve Mortgage Forbearance and to Modify Plan to Allow Forbearance of Direct Debtor Payments to **Nationstar Mortgage, LLC dba Mr. Cooper** and proposed order was served on those listed below as indicated:

**Via electronic case noticing:**

Chapter 13 Trustee – ECF
US Trustee – ECF
Bankruptcy Court –ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the addresses listed:**

Nationstar Mortgage, LLC dba Mr. Cooper
Shapiro & Ingle, LLP
Bonnie Culp, Esq
10130 Perimeter Parkway, Suite 400
Charlotte NC  28216

Nationstar Mortgage
PO Box 619096
Dallas, TX  75261-9741

<u>s/W. Thomas Bible, Jr</u>
W. Thomas Bible, Jr.