**Fill in this information to identify the case:**

Debtor 1        Clarence NMN Graham

Debtor 2

United States Bankruptcy Court for the: Eastern District of Tennessee

Case number :    1:18-bk-15005-SDR

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** | **THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-FA5** | Court claim no. (if known):     <u>4</u> |

**Last 4 digits** of any number you use to identify the debtor's account:                <u>5016</u>

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X]  No

[  ]  Yes. Date of the last notice.

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 12/19/2018 | (5) | $ <u>325.00</u> |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses.  Specify: | | (10) | $ |
| 11. Other.  Specify : <u>410 A Loan History</u> | 12/19/2018 | (11) | $ <u>125.00</u> |
| 12. Other.  Specify: | | (12) | $ |
| 13. Other.  Specify: | | (13) | $ |
| 14. Other.  Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Clarence Graham
        First Name         Middle Name        Last Name

Case number (if known)    1:18-bk-15005-SDR

---

**Part 2:**    **Sign Below**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[   ]   I am the creditor.

[X]   I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/S/ Christopher Giacinto
    Signature

Date    03/06/2019

Print:    Christopher Giacinto

Title    Authorized Agent for Creditor

Company    Padgett Law Group

Address    6267 Old Water Oak Road, Suite 203

Tallahassee FL, 32312

Contact phone    (850) 422-2520    Email    bkcrm@padgettlaw.net

---

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the _____6th_____ day of March, 2019.


/S/ Christopher Giacinto

_____
CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlaw.net
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 1:18-bk-15005-SDR)

Debtor
Clarence NMN Graham
6810 Chiswick Drive
Chattanooga, TN 37421

Debtors Attorney
W. Thomas Bible, Jr.
Tom Bible Law
6918 Shallowford Road, Suite 100
Chattanooga, TN 37421

Trustee
Kara L. West
Chapter 12 & 13 Trustee
P.O. Box 511
Chattanooga, TN 37401

United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402

| | | |
|---|---|---|
| **Vendor** | Padgett Law Group | **Regarding:** |
| **Address:** | 6267 Old Water Oak Road | CLARENCE GRAHAM |
| | Suite 200 | 6810 CHISWICK DRIVE |
| | Tallahassee, FL 32312-3858 | CHATTANOOGA, TN 37421 |

| | |
|---|---|
| **Payee Code:** | ▮▮▮▮ |
| **Vendor Contact:** | Michele Robinson |
| **Vendor Ref #:** | ▮▮▮▮ |
| **Servicer:** | Nationstar Mortgage - (NATSTAR) |
| **Inv. ID / Cat. ID** | **FGI** |
| **Investor Name** | **FHAMS 2005-FA5** |
| **Outsource Firm:** | LPS Default Solutions |
| **Litigation Status Code:** | |
| **Man Code:** | |

| | |
|---|---|
| **Invoice Number:** | ▮▮▮▮ |
| **Invoice Status:** | Check Confirmed (Adj/Exc/Res) |
| **Loan No.:** | ▮▮▮▮ |
| **Loan Type:** | Conventional |
| **Acquistion Date:** | |
| **Referral Date :** | 11/5/2018 |
| **Loan Location:** | |
| **BK Case No:** | 18-15005 |
| **Submitted Date:** | **12/19/2018** |
| **Vendor Invoice Date:** | 12/19/2018 |
| **Paid In Full Date:** | N/A |
| **Foreclosure Removal Date:** | N/A |
| **MS Status:** | N/A |
| **Relief Requested Date:** | N/A |
| **Protection Begin Date:** | N/A |
| **Protection End Date:** | N/A |

**Original Mortgage Amount:   $0.00**

## Bankruptcy - Bankruptcy Services Standard

| Submitted | 1st Reviewed | Last Reviewed | Accepted | O/S Recommend Approval | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|---|
| 12/19/2018 | 01/04/2019 | 01/09/2019 | | 01/09/2019 | 01/09/2019 | 01/09/2019 | 01/10/2019 | 22 |

Dept  Comments  Line Items  Exceptions  Edit Summary  Adj. Summary  Chronology  Quote Service Request  Guideline  Invoice Mapping  History  Payments  Reconciliation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $575.00 | LoanSphere Invoicing Prev. Billed: | $950.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |

| Totals | Inv Amt: | $575.00 | Prev. Billed: | $950.00 | Loan Total Fees/Costs Prev.Billed: | | $1,500.00 | Exc Ord Allw: |
|---|---|---|---|---|---|---|---|---|

**Fees**

| Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|
| Attorney Fees | Proof of Claim | | | 12/19/18 | 1 | $325.00 | $325.00 | $0.00 | $325.00 |
| **Note:** Ch 13 POC Preparation - Recoverable | | | | | | | | | |
| Attorney Fees | Proof of Claim | | | 12/19/18 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| **Note:** Loan Payment History (410 A) - Recoverable | | | | | | | | | |
| | | | | | **Total:** | | **$575.00** | **$0.00** | **$575.00** |

| | | | | | **Invoice Total:** | | **$575.00** | **$0.00** | **$575.00** |