| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Clarence Graham |
| Debtor 2 | |
| United States Bankruptcy Court for the: Eastern District of Tennessee | |
| Case number : | 1:18-bk-15005-SDR |

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| Name of creditor: | **THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-FA5** | Court claim no. (if known): | **4** |
|---|---|---|---|
| Last 4 digits of any number you use to identify the debtor's account: | **5016** | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

**Part 1:   Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify : Plan Review | 11/07/2018 | (11) | $ 325.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Clarence Graham                          Case number (if known)    1:18-bk-15005-SDR
         First Name   Middle Name   Last Name

## Part 2: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/S/ Christopher Giacinto                                          Date    3/21/2019
Signature

| | | | |
|---|---|---|---|
| Print: | Christopher Giacinto | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | bkcrm@padgettlaw.net |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the \_\_\_\_21st\_\_\_\_ day of March, 2019.

/S/ Christopher Giacinto

_____
CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlaw.net
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 18-15005)

Clarence NMN Graham
6810 Chiswick Drive
Chattanooga, TN 37421

Debtors Attorney
W. Thomas Bible, Jr.
Tom Bible Law
6918 Shallowford Road, Suite 100
Chattanooga, TN 37421

Trustee
Kara L. West
Chapter 12 & 13 Trustee
P.O. Box 511
Chattanooga, TN 37401

U.S. Trustee
United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402

| | | | |
|---|---|---|---|
| **Vendor** | Padgett Law Group | **Regarding:** | **Invoice Number:** |
| **Address:** | 6267 Old Water Oak Road Suite 200 Tallahassee, FL 32312-3858 | CLARENCE GRAHAM 6810 CHISWICK DRIVE CHATTANOOGA, TN 37421 | **Invoice Status:** Check Confirmed |
| **Payee Code:** | | | **Loan No.:** |
| **Vendor Contact:** | Michele Robinson | | **Loan Type:** Conventional |
| **Vendor Ref #:** | | | **Acquistion Date:** |
| **Servicer:** | Nationstar Mortgage - (NATSTAR) | | **Referral Date:** 11/5/2018 |
| **Inv. ID / Cat. ID** | | | **Loan Location:** |
| **Investor Name** | | | **BK Case No:** 18-15005 |
| **Outsource Firm:** | LPS Default Solutions | | **Submitted Date:** 11/7/2018 |
| **Litigation Status Code:** | | | **Vendor Invoice Date:** 11/7/2018 |
| **Man Code:** | | | **Paid In Full Date:** N/A |
| | | | **Foreclosure Removal Date:** N/A |
| | | | **MS Status:** N/A |
| | | | **Relief Requested Date:** N/A |
| | | | **Protection Begin Date:** N/A |
| | | | **Protection End Date:** N/A |

**Original Mortgage Amount:** $0.00

**Bankruptcy - Bankruptcy Services Standard**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | O/S Recommend Approval | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|---|
| 11/07/2018 | | | | | 11/07/2018 | 11/07/2018 | 11/08/2018 | 1 |

Dept  Comments  Line Items  Exceptions  Edit Summary  Adj. Summary  Chronology  Quote Service Request  Guideline  Invoice Mapping  History  Payments  Reconciliation

| | | | | | |
|---|---|---|---|---|---|
| **Fees** | Total: | $325.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |

| Totals | Inv Amt: | $325.00 | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: | | $550.00 | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|---|

**Fees**

| Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|
| Attorney Fees | Plan Review Fee | | | 11/07/18 | 1 | $325.00 | $325.00 | $0.00 | $325.00 |
| | **Note:** Ch. 13 Plan Review & Negotiation - Recoverable | | | | | | | | |
| | | | | | | **Total:** | $325.00 | $0.00 | $325.00 |
| | | | | | | **Invoice Total:** | $325.00 | $0.00 | $325.00 |